Wylmina E. HETTINGA, J.R.L. (a minor), L.P.L. (a minor), M.J.L. (a minor), and T.L.L. (a minor), Plaintiffs–Appellants,

v.

John ORLANDO, Judge Derek Woodhouse, Judge Leslie Nichols, State of California, and Walter Hammon, Defendants–Appellees.

No. 2009–1502.

United States Court of Appeals, Federal Circuit.

Oct. 23, 2009.

Wylmina E. Hettinga, San Jose, CA, pro se and for Plaintiffs–Appellants.

Paul T. Hammerness, San Francisco, CA, for Defendants–Appellees.

ORDER

Absent a response from the plaintiffs-appellants, Wylmina E. Hettinga, et al. to show cause why this appeal should not be transferred pursuant to this court's order filed September 30, 2009,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the Ninth Circuit.

Keith AKINS, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2009–7137.

United States Court of Appeals, Federal Circuit.

Oct. 26, 2009.

Keith Akins, Mabelvale, AR, pro se.

ORDER

On September 30, 2009, the court issued an order allowing 21 days for Keith Akins to show cause on why his appeal should not be dismissed as untimely. Akins has not responded within the time allowed.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.